VIRGINIA M. FARR v. THE BOARD OF ADJUSTMENT OF THE CITY OF ROCKY MOUNT, NORTH CAROLINA

No. 206A85

(Filed 10 December 1985)

APPEAL by defendant from a decision of the Court of Appeals, 73 N.C. App. 228, 326 S.E. 2d 382 (1985), one judge dissenting, vacating and remanding judgment entered by *Lewis, J.,* at the 5 August 1983 Civil Session of Superior Court, NASH County. Heard in the Supreme Court 18 November 1985.

*Dill, Fountain & Hoyle, by William S. Hoyle, for respondent-appellant.*

*Fitch & Butterfield, by G. K. Butterfield, Jr., for petitioner-appellee.*

PER CURIAM.

Our review of the decision of the Court of Appeals reveals that the case was decided by that court on the basis of the principle of "prior non-conforming use," an issue not raised or briefed by the parties to this action and not supported by the record. Accordingly, the decision of the Court of Appeals is vacated and the.

case is remanded to that court for further consideration of the issues raised by the appellant in her brief filed in the Court of Appeals.

Vacated and remanded.